# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **ROSA CASTILLO,** | |
| **Plaintiff,** | **Case No.  26 Civ. 2421** |
| **-against-** | |
| **NORM INTERNATIONAL LLC d/b/a CHOP SHOP BAR & GRILL, and NURETTIN OGUTOGULLARI,** | |
| **Defendants.** | |

## NOTICE OF APPEARANCE
## FOR TROY L. KESSLER

PLEASE TAKE NOTICE that, I, Troy L. Kessler, hereby respectfully enter an appearance for the Plaintiff in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: Melville, New York
April 27, 2026

Respectfully submitted,

By: /s/ Troy L. Kessler
       Troy L. Kessler

**KESSLER MATURA P.C.**
Troy L. Kessler
534 Broadhollow Road, Suite 275
Melville, New York 11747
(631) 499-9100
tkessler@kesslermatura.com

*Attorneys for Plaintiff*