AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York    ▾

| | |
|---|---|
| Rosa Castillo | ) |
| *Plaintiff* | ) |
| v. | )     Case No.   26-cv-02421 |
| Norm International LLC, et ano | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

   Norm International LLC d/b/a Chop Shop Bar and Grill and Nurettin Ogulogullari        .

Date:     06/08/2026

                                   *Attorney's signature*

                       David S. Feather; DSF1832
                       *Printed name and bar number*
                       Feather Law Firm, P.C.
                       666 Old Country Road
                       Suite 509
                       Garden City, New York 11530

                                        *Address*

                       DFeather@FeatherLawFirm.com
                               *E-mail address*

                       (516) 745-9000
                             *Telephone number*

                       (516) 908-3930
                             *FAX number*