UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ROSA CASTILLO,

                Plaintiff,

-against-

NORM INTERNATIONAL LLC d/b/a
CHOP SHOP BAR & GRILL, and
NURETTIN OGUTOGULLARI,

                Defendants.
-------------------------------------------------------------------X

Docket No. 26-cv-02421

**<u>RULE 7.1 STATEMENT</u>**

       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for Defendants NORM INTERNATIONAL LLC d/b/a CHOP

SHOP BAR & GRILL, and NURETTIN OGUTOGULLARI, certify that the following

are corporate parents, affiliates and/or subsidiaries of said party(ies), which are publicly

held:

                      NONE.

Dated:   Garden City, New York
          June 8, 2026

                            Yours, etc.,

                            David S. Feather, Esq.
                            FEATHER LAW FIRM, P.C.
                            *Attorneys Defendants*
                            666 Old Country Road - Suite 509
                            Garden City, New York 11530
                            (516) 745-9000

TO:   Benjamin A. Goldstein, Esq.
       KESSLER MATURA P.C.
       *Attorneys for Plaintiff*
       534 Broadhollow Road, Suite 275
       Melville, New York 11747
       (631) 499-9100