UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ROSA CASTILLO,                                            Docket No. 26-cv-02421

                              Plaintiff,

                                                          **STIPULATION**

           -against-

NORM INTERNATIONAL LLC d/b/a
CHOP SHOP BAR & GRILL, and
NURETTIN OGUTOGULLARI,

                              Defendants.

-------------------------------------------------------------X

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel in the above entitled action that Defendants NORM INTERNATIONAL LLC d/b/a CHOP SHOP BAR & GRILL, and NURETTIN OGUTOGULLARI'S time to answer or otherwise respond to the Complaint in the above-captioned matter is adjourned until July 22, 2026.

　　　　Defendants NORM INTERNATIONAL LLC d/b/a CHOP SHOP BAR & GRILL, and NURETTIN OGUTOGULLARI hereby waive their right to assert inadequate service of process as an affirmative defense.

　　　　This stipulation may be signed by counsel and delivered to other counsel by facsimile and may be filed with the Court as such.

Dated:   Garden City, New York
　　　　July 6, 2026

/Benjamin A. Goldstein, Esq.              David S. Feather, Esq.
KESSLER MATURA P.C.                       FEATHER LAW FIRM, P.C.
*Attorneys for Plaintiff*                 *Attorneys Defendants*
534 Broadhollow Road, Suite 275           666 Old Country Road - Suite 509
Melville, New York 11747                   Garden City, New York 11530
(631) 499-9100                            (516) 745-9000