

July 28, 2026

**Via ECF**
Honorable Anne Y. Shields
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

> **Re:**   ***Castillo v. Norm International LLC d/b/a Chop Shop Bar & Grill***
> **Case No. 26 Civ. 2421 (AYS)**

Dear Judge Shields:

Kessler Matura, P.C., counsel for Plaintiff, writes jointly with counsel for Defendants to provide the Court with this Initial Joint Letter and the attached proposed Order in FLSA Case Requiring Discovery and Setting Initial Pretrial Schedule.

1. **Case Name**: *Castillo v. Norm International LLC d/b/a Chop Shop Bar & Grill*, Case No. 26 Civ. 2421 (E.D.N.Y.).

2. **Jurisdiction**: This Court has jurisdiction over this controversy pursuant to 29 U.S.C. § 201, et seq. and 28 U.S.C. §§ 1331 and 1337. The Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367(a).

3. **Service Status**: Defendants have been served with the Complaint and have filed an Answer.

4. **Counterclaims/Crossclaims**: None.

5. **Facts of Case**: This is a single-plaintiff wage-and-hour case brought by Plaintiff Rosa Castillo against Defendants Norm International LLC d/b/a Chop Shop Bar & Grill (the "Restaurant") and Nurettin Ogutogullari, the Restaurant's sole officer and principal. Plaintiff worked as a kitchen worker at the Restaurant. The Complaint alleges that Defendants failed to properly pay Plaintiff overtime wages, in violation of the Fair Labor Standards Act of 1938 ("FLSA") and the New York Labor Law. The Complaint further alleges that Defendants failed to pay Plaintiff minimum hourly wages, spread-of-hours pay, and failed to provide proper wage notice and wage statements, in violation of the New York Labor Law.

   Defendants deny Plaintiff's allegations regarding compensation and assert that they paid for all hours worked at or above the applicable minimum wage and at the proper overtime rate, and that any alleged violation was not willful and was undertaken in good faith. Defendants admit that they failed to provide Plaintiff with wage statements and wage notice, but deny that Plaintiff is entitled to statutory penalties for those violations.



Hon. Anne Y. Shields, U.S.M.J.
Re: Case No. 26 Civ. 2421
July 28, 2026
Page 2 of 2

6.  **HIPAA Authorizations**: Not applicable to this case.

7.  **Paper Discovery Exchange**: The Parties will follow the proposed Order in FLSA Case Requiring Discovery and Setting Initial Pretrial Schedule (attached as Exhibit A).

8.  **Next Status Conference**: The Parties will file a status report as set forth in paragraph 4 of the attached.

9.  **Magistrate Judge Consent**: The Parties have discussed the issue of consent to the jurisdiction of the Magistrate Judge and can confirm that Parties do not consent to the jurisdiction of the Magistrate Judge for all purposes.

Thank you for the Court's consideration of this matter.

Respectfully submitted,

Benjamin A. Goldstein

cc:    Counsel of Record (via ECF)