**UNITED STATES DISTRICT COURT**　　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　　**MINUTE ENTRY**

BEFORE: ANNE Y. SHIELDS　　　　　　　　DATE: 8/3/26
U.S. MAGISTRATE JUDGE　　　　　　　　　　TIME: 10:30 AM
　　　　　　　　　　　　　　　　　　　　　　　　FTR: 10:43-10:55

CASE: **CV 26-2421-KAM-AYS-** Castillo v. Norm International LLC et al


TYPE OF CONFERENCE: INITIAL

　　　　　APPEARANCES:

　　　　　Plaintiff: **Troy Kessler**

　　　　　Defendant: **David Feather**

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.