**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ROSA CASTILLO,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**NORM INTERNATIONAL LLC d/b/a CHOP SHOP BAR & GRILL, and NURETTIN OGUTOGULLARI**<br><br>**Defendants.** | **Case No. 26 Civ. 2421 (KAM)(AYS)** |

**NOTICE OF WITHDRAWAL OF BENJAMIN GOLDSTEIN**

Please take notice that Benjamin Goldstein is no longer associated with the law firm of Kessler Matura P.C. as of August 31, 2026. Pursuant to Local Rule 1.4(b), Plaintiff requests that Mr. Goldstein be withdrawn as attorney of record in this case and that all further electronic notices in the matter to him be terminated. The remaining counsel of record for Plaintiffs, including the undersigned, is the same.

Dated: Melville, New York
September 17, 2026

Respectfully submitted,

**KESSLER MATURA P.C.**

By: /s/ Troy L. Kessler
Troy L. Kessler

534 Broadhollow Road, Suite 275
Melville, NY 11747
(631) 499-9100
tkessler@kesslermatura.com

***Attorneys for Plaintiff***